IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

MICHAEL JONES                    §

VS.                              §    CIVIL ACTION NO. 5:06cv193

PAUL KASTNER                     §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Michael Jones, proceeding *pro se*, filed the
above-styled petition for writ of habeas corpus pursuant to 28
U.S.C. § 2241.

The court referred this matter to the Honorable Keith F.
Giblin, United States Magistrate Judge, at Beaumont, Texas, for
consideration pursuant to applicable laws and orders of this
court.  The magistrate judge has submitted a Report and
Recommendation of United States Magistrate Judge concerning the
petition.  The magistrate judge recommends the petition be
dismissed without prejudice.

The court has received and considered the Report and
Recommendation of United States Magistrate Judge, along with the
record, pleadings and all available evidence.  No objections to

the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 3rd day of December, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE